UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PROVENCIO,<br><br>    Petitioner,<br><br>    v.<br><br>SHAWN HATTON, Warden<br><br>    Respondent. | Case No. 1:15-cv-01327-LJO-MJS (HC)<br><br>**ORDER REQUIRING RESPONDENT TO LODGE ADDITIONAL STATE COURT RECORDS**<br><br>**THIRTY (30) DAY DEADLINE** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On September 1, 2015, the Court ordered Respondent to respond to the petition, and to submit "any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition." See Rule 5, Rules Governing Section 2254 Cases. On October 30, 2015, Respondent filed an answer, and also lodged a number of state court documents. (ECF Nos. 16, 17.)

    Petitioner's first claim involves a challenge to a videotaped interview Petitioner gave to police. (ECF No. 1.) The video interview was part of the state court record and was discussed at some length in the last reasoned decision of the state court, issued by the Fifth District Court of Appeal. However, it appears that the video was not lodged in this Court.

Accordingly, Respondent is HEREBY ORDERED to lodge, within thirty days, a copy of the video at issue in the first claim in the petition.

IT IS SO ORDERED.

Dated: September 13, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE